HERRICK, *Ex'x*, v. WRIGHT & a.

Under a clause in a will giving "to my sister the promissory note I hold signed by her and by M.; also the sum of my deposit with interest" in a savings-bank, and "three hundred dollars of the sum of my deposit in" another savings-bank "for her support for life, the residue from and after her decease to be equally divided between my nephews and nieces," the legatee takes an absolute title to the note.

ASSUMPSIT, by the executrix of the will of Eliza Wilson, to recover the defendants' joint and several promissory note, payable to the testatrix. The second clause of the will is as follows: "I give and bequeath to my sister Fidelia Wright the promissory note I hold signed by her and Moses Wright; also the sum of my deposit with interest in the Five Cents Savings Bank in Keene, and three hundred dollars of the sum of my deposit in the Cheshire Provident Institution in Keene, for her support for life, the residue from and after her decease to be divided equally between my nephews and nieces hereinafter named."

*Lane & Dole*, for the plaintiff.

*Batchelder & Faulkner*, for the defendants.

CARPENTER, J. The bequest of the note is absolute. That such was the intention of the testatrix is indicated by the nature

of the property as well as by the language of the will.   A bequest of the legatee's own note could not form a provision for her support, directly nor indirectly, unless she was possessed of property out of which payment could be enforced.   If she had no property except such as is by law exempt from attachment, as an aid to her support, it would be entirely worthless; so that the more she stood in need of assistance the less could she obtain from such a gift.

The clause respecting the note is to be construed as if it were a separate and distinct item in the will, and the next clause as if the words " for her support for life " immediately followed the word " also," and the ellipsis of the words " I give and bequeath " were supplied so as to read, " also I give and bequeath for her support for life the sum," &c.

*Judgment for the defendants.*

BLODGETT, J., did not sit: the others concurred.